Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 16–19175–RG
    Chapter: 7
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Reginaldo Reyes
   dba Reyes Home Improvement
   230 E. 7th Avenue
   Roselle, NJ 07203–2030

Social Security No.:
   xxx–xx–5396

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Nancy Isaacson.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

   ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

   ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

   ☐    The corporate debtor is self–represented.

   ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Rosemary Gambardella on,

Date: 10/4/16
Time: 10:00 AM
Location: Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Dated: September 6, 2016
JJW: NI

    James J. Waldron
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Reginaldo Reyes  
    Debtor

Case No. 16-19175-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 06, 2016  
                 Form ID: 170    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2016.
```
db               Reginaldo Reyes,    230 E. 7th Avenue,    Roselle, NJ 07203-2030
cr              +U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVID,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516202377        Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
516202378        Chase,    PO Box 15298,    Wilmington, DE 19850-5298
516202379        Citicards,    701 E 60th St N,    Sioux Falls, SD 57104-0432
516202380       +Club Metro,    416 Morris Ave,    Elizabeth, NJ 07208-5605
516202382        Elizabeth Town Gas Co,    PO Box 11801,    Newark, NJ 07101-8111
516202385        Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
516202387        Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516172262        Seneca Mortgage Services,    611 Jamison Rd,    Elma, NY 14059-9392
516202390        Verizon,    PO Box 5029,    Wallingford, CT 06492-7529
516202389        Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2016 23:52:42     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2016 23:52:40     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516202331       +E-mail/Text: bncmail@w-legal.com Sep 06 2016 23:52:48     Altair OH XIII, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516202381       +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Sep 06 2016 23:53:05     Comcast,
                 1 Comcast Ctr,    Philadelphia, PA 19103-2899
516202383        E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2016 23:48:32     GECF/Lowes,    PO Box 965005,
                 Orlando, FL 32896-5005
516202384        E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2016 23:48:33     GECRB/ JC Penny,    PO Box 965007,
                 Orlando, FL 32896-5007
516202386        E-mail/Text: bankruptcydpt@mcmcg.com Sep 06 2016 23:52:40     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
516202388        E-mail/Text: bankruptcy@pseg.com Sep 06 2016 23:51:57     PSE&G,    PO Box 490,
                 Cranford, NJ 07016-0490
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516201048        Capital One BankPO Box 30281Salt Lake City, UT 8
516201049        Capital One BankPO Box 30281Salt Lake City, UT 8
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2016                            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2016 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
               CAPACITY BUT SOLELY AS TRUSTEE OF OWS REMIC TRUST 2015-1 nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN
               ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF OWS REMIC TRUST 2015-1 nj.bkecf@fedphe.com
              Nancy Isaacson    nisaacson@greenbaumlaw.com,    admin@remote7solutions.com;J101@ecfcbis.com
              Ronaldo C George    on behalf of Debtor Reginaldo Reyes rgeorgesq@rcglaw.com,    rgeorgesq@gmail.com
                                                                                              TOTAL: 5
```