Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  16−19175−RG
                        Chapter:  7
                        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Reginaldo Reyes
   dba Reyes Home Improvement
   230 E. 7th Avenue
   Roselle, NJ 07203−2030

Social Security No.:
   xxx−xx−5396

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after March 2, 2017 for the reason(s) indicated below.

☑    Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: January 31, 2017
JAN: rh

                                                           Jeanne Naughton
                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-19175-RG
Reginaldo Reyes                                                           Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin              Page 1 of 1                Date Rcvd: Jan 31, 2017
                       Form ID: clsnodsc         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2017.
db        Reginaldo Reyes,    230 E. 7th Avenue,    Roselle, NJ 07203-2030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 31 2017 22:55:55      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 31 2017 22:55:54      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2017 at the address(es) listed below:
      Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
       CAPACITY BUT SOLELY AS TRUSTEE OF OWS REMIC TRUST 2015-1 nj.bkecf@fedphe.com
      Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN
       ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF OWS REMIC TRUST 2015-1 nj.bkecf@fedphe.com
      Nancy Isaacson    nisaacson@greenbaumlaw.com, admin@remote7solutions.com;J101@ecfcbis.com
      Ronaldo C George    on behalf of Debtor Reginaldo  Reyes rgeorgesq@rcglaw.com,  rgeorgesq@gmail.com
                                                                                              TOTAL: 5